IN THE SUPREME COURT OF TEXAS

 No. 05-0347

 IN RE HARROLD E. (GENE) WRIGHT

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed May 5,
2005, is granted. The order dated April 25, 2005, in Cause No. B-173346,
styled Harrold E. (Gene) Wright v. Rayford L. Etherton, Jr., et al., in the
60th District Court of Jefferson County, Texas, is stayed pending further
order of this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus as amended on or before 3:00 p.m.,
May 16, 2005.

 Done at the City of Austin, this May 6, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk